THE STATE, EX REL. UNITED STATES STEEL CORPORATION, APPELLEE, *v.* ROSS; CONNEAUT CITY SCHOOL DISTRICT, APPELLANT.

[Cite as State, ex rel. United States Steel Corp., *v.* Ross (1986), 22 Ohio St. 3d 85.]

(No. 85-64—Decided February 5, 1986.)

*Diamond & Dubsky, Charles M. Diamond, Bricker & Eckler, Charles F. Glander,* and *Marshall L. Lerner,* for appellee.

*Calfee, Halter & Griswold, Mark I. Wallach* and *William L. S. Ross,* for appellant.

Appellant Conneaut City School District's appeal from the judgment of the court of appeals, denying appellant's motion to intervene in case No. 1198, is hereby dismissed as moot. This court has been informed that the parties to case No. 1198 have entered into a final settlement.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.